| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, New Jersey 08106<br>(856) 546-9696<br>Attorneys for the Debtor |
| In Re:<br><br>Sonja Fontano,<br>debtor |

**Order Filed on July 19, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  14-26304

Adv. No.:

Hearing Date: June 14, 2016 @ 10:00 a.m.

Judge:  JNP

**CONSENT ORDER TO REIMPOSE STAY AS TO SETERUS, INC.**

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: July 19, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:         Sonja Fontano
Case No:        14-26304 JNP
Caption of Order:    Consent Order to Reimpose Stay as to Seterus, Inc.

This matter having been brought before the court upon the motion of Jenkins & Clayman, attorneys for the debtor and an appearance in opposition having been made by Stern, Lavinthal and Frankenberg, attorneys for Seterus, Inc. and for good cause having been shown it is:

**ORDERED** and **ADJUDGED** that:

1. The automatic stay provisions of the bankruptcy code are hereby reimposed and reinstated effective June 14, 2016.

2. By June 30, 2016 the debtor shall pay Seterus, Inc. $2,407.38 which represents the May 2016 and June 2016 installments.

3. The debtor shall resume regular monthly payments to Seterus, Inc. to begin with the July 1, 2016 installment. All future payments to Seterus, Inc. must be received within thirty (30) days of the date due. If a payment is missed by more than 30 days, Seterus, Inc. may submit a Certification of Default and Proposed Order to Vacate Stay with notice to debtor and debtor's counsel.

4. The remaining balance due on the post-petition account is $6,671.81. Debtor shall have until July 15, 2016 to remit this sum. If this sum is not received by Seterus, Inc. by July 15, 2016, Seterus, Inc. may submit a Certification of Default and Proposed Order to Vacate Stay with notice to debtor and debtor's counsel.

The undersigned hereby consent to the form and entry of this order:

| Jenkins & Clayman | Stern, Lavinthal & Frankenberg, LLC |
| Attorneys for the Debtor | Attorneys for Seterus, Inc. |

/s/ Eric J Clayman                              /s/ Laura Egerman
By: Eric J Clayman, Esquire           By: Laura Egerman, Esquire